**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ABSOLUTE MARINE TOWING &**
**SALVAGE, INC.,**

                **Plaintiff,**

-vs-                                         Case No. 6:09-cv-1712-Orl-31KRS

**S/V INIKI, a 36' Jaguar Catamaran**
**Sailboat, its engines, tackle, equipment,**
**apparel, appurtenances, etc., FREDERICK**
**ERICKSON, and MARKEL AMERICAN**
**INSURANCE COMPANY**

                **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     MOTION FOR SUMMARY JUDGMENT (Doc. No. 41)
>
> **FILED:**        April 16, 2010
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. Markel seeks summary judgment that its policy did not provide coverage for the services performed by the Plaintiff. But the Plaintiff has asserted quantum meruit and unjust enrichment claims, rather than a claim under the policy.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 22, 2010.

                                                             GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party