**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ABSOLUTE MARINE TOWING &**
**SALVAGE, INC.,**

        **Plaintiff,**

-vs-                                      Case No. 6:09-cv-1712-Orl-31KRS

**S/V INIKI, a 36' Jaguar Catamaran**
**Sailboat, its engines, tackle, equipment,**
**apparel, appurtenances, etc., FREDERICK**
**ERICKSON, and MARKEL AMERICAN**
**INSURANCE COMPANY**

        **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Enforce Settlement (Doc. 79) filed by the Plaintiff and the response (Doc. 81) filed by Defendant Markel American Insurance Company. Based on the papers, it appears that there was no meeting of the minds between these parties and therefore no settlement. Accordingly, it is hereby

**ORDERED** that the Motion to Enforce Settlement (Doc. 79) is **DENIED**. In addition, the Clerk is **DIRECTED** to add Defendant Markel American Insurance Company as a party to this case once again, and all of the claims against Defendant Markel American Insurance Company are **REINSTATED.**

In addition, the dispositive motions deadline in this case is reset to January 3, 2010, and this case is set for trial on the June 2011 trial docket. An Amended Case Management and Scheduling Order will follow.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 1, 2010.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party