**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ABSOLUTE MARINE TOWING &**
**SALVAGE, INC.,**

            **Plaintiff,**

-vs-                                                  Case No. 6:09-cv-1712-Orl-31KRS

**S/V INIKI, a 36' Jaguar Catamaran**
**Sailboat, its engines, tackle, equipment,**
**apparel, appurtenances, etc., and**
**FREDERICK ERICKSON, in personam,**

            **Defendant.**
_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment against the in rem Defendant Vessel (Doc. No. 96) filed March 29, 2011.

On April 13, 2011, the United States Magistrate Judge issued a report (Doc. No. 98) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Default Judgment against the *in rem* Defendant Vessel is GRANTED. The Clerk shall enter default judgment on behalf of Plaintiff and against the *in rem* Defendant, S/V Iniki, in the amount of $24,395.00

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 28th day of April, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE