**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ABSOLUTE MARINE TOWING &**
**SALVAGE, INC.,**

                Plaintiff,

-vs-                                            Case No. 6:09-cv-1712-Orl-31KRS

**S/V INIKI, a 36' Jaguar Catamaran**
**Sailboat, its engines, tackle, equipment,**
**apparel, appurtenances, etc., and**
**FREDERICK ERICKSON, in personam,**

                Defendant.
_____

## ORDER

This matter comes before the Court *sua sponte*. On April 28, 2011, default judgment was entered in this admiralty case against Defendant S/V Iniki. (Doc. 101). On May 10, 2011 the Plaintiff filed a motion for default against the other remaining defendant, Frederick Erickson. In light of these developments, the Final Pretrial Conference scheduled for Friday, May 13, 2011 is **CONTINUED** until further notice. In addition, the bench trial in this case, scheduled for the date certain of June 3, 2011, is hereby **CANCELLED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 12, 2011.

                                                                            GREGORY A. PRESNELL
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party