# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ABSOLUTE MARINE TOWING &**
**SALVAGE, INC.,**

                **Plaintiff,**

-vs-                                    Case No. 6:09-cv-1712-Orl-31KRS

**S/V INIKI, a 36' Jaguar Catamaran**
**Sailboat, its engines, tackle, equipment,**
**apparel, appurtenances, etc., and**
**FREDERICK ERICKSON, in personam,**

                **Defendant.**

_____

## ORDER

This cause comes before the Court on Unopposed Motion for Taxation of Substitute Custodial Fees against Defendant Vessel in rem (Doc. No. 104) filed May 10, 2011.

On May 18, 2011, the United States Magistrate Judge issued a report (Doc. No. 109) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Unopposed Motion for Taxation of Substitute Custodial Fees against Defendant Vessel in rem is GRANTED. The Clerk is directed to enter judgment on behalf of Scorpion Marine against the Vessel *in rem* in the amount of $42,055.50 covering the expense of *in custoda legis* as of April 30, 2011.

3.   This judgment shall be accorded priority on other claims and Scorpion Marine is allowed to bid this amount at any auction of the S/V Iniki.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 3rd day of June, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE