# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ABSOLUTE MARINE TOWING &**
**SALVAGE, INC.,**
            **Plaintiff,**

-vs-                                           Case No. 6:09-cv-1712-Orl-31KRS

**S/V INIKI, a 36' Jaguar Catamaran**
**Sailboat, its engines, tackle, equipment,**
**apparel, appurtenances, etc., and**
**FREDERICK ERICKSON, in personam,**

            **Defendant.**
_____

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment Against the *In Personam* Defendant, Frederick Erickson (Doc. No. 107), filed May 12, 2011.

On June 6, 2011, the United States Magistrate Judge issued a report (Doc. No. 112) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Default Judgment Against the *In Personam* Defendant, Frederick Erickson is **GRANTED**.

3. The Clerk shall enter default judgment on behalf of Plaintiff and against Frederick Erickson in the amount of $24,395.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 29th day of June, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                                          GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE