# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ABSOLUTE MARINE TOWING &**
**SALVAGE, INC.,**

                **Plaintiff,**

-vs-                                            Case No.  6:09-cv-1712-Orl-31KRS

**S/V INIKI, a 36' Jaguar Catamaran**
**Sailboat, its engines, tackle, equipment,**
**apparel, appurtenances, etc., and**
**FREDERICK ERICKSON, in personam,**

                **Defendant.**

_____

## CONFIRMATION OF SALE

The records in this action indicate that no objection has been filed to the sale of the Defendant Vessel conducted by the U.S. Marshal on August 18, 2011.

THEREFORE, in accordance with Local Admiralty Rule 7.05(r)(6), the sale of Defendant Vessel *S/V INIKI*, a 36 foot Jaguar Catamaran Sailboat, its engines, tackle, equipment, apparel, appurtenances, etc., to SCORPION MARINE SALES & SERVICES, INC.*,* shall stand confirmed as of August 18, 2011.

**DONE** at Orlando, Florida on August 30, 2011.

                                                                                         GREGORY A. PRESNELL
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

U.S. Marshal
Counsel of Record
Unrepresented Party